# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Tony Lee Page,<br><br>　　　　　　Defendant. | No. CR-22-00142-001-PHX-DWL<br><br>**WAIVER AND ORDER**<br><br>**Modification of Probation Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of probation. 18 U.S.C. §3563(c).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must participate as instructed by the probation officer in a program of outpatient substance abuse treatment which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

_____  Date 7/19/2024
Tony Lee Page
Defendant

_____  Date 7/19/2024
Carl Quiller
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this __19th__ day of ____August____, __2024__ and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic W. Lanza
U.S. District Judge