| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)*<br>CR-22-00142-001-PHX-DWL |
|---|---|---|
| | | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Tony Lee Page | DISTRICT<br>District of Arizona | DIVISION<br>2: Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Dominic W. Lanza<br>U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>1/13/2023 | TO<br>1/12/2026 |

OFFENSE
Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of an Illegal Alien for Profit, a Class D Felony offense.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant is a permanent resident of Louisiana with family ties and has stable employment.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Tony Lee Page, be transferred with the records of this Court to the United States District Court for the Western District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____6/9/2025_____                        _____
Date                                                  Dominic W. Lanza
                                                      U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                  _____
Effective Date                                    United States District Judge