| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | FILED ☑ LODGED ☐ RECEIVED ☐ COPY ☐ JUL 2 5 2025 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY | DOCKET NUMBER *(Transferring Court)* CR-22-00142-001-PHX-DWL |
|---|---|---|---|
| | | | DOCKET NUMBER *(Receiving Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Tony Lee Page | | DISTRICT District of Arizona | DIVISION 2: Phoenix |
| | | NAME OF SENTENCING JUDGE Dominic W. Lanza U.S. District Judge | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/13/2023 — TO 1/12/2026 |

**OFFENSE**
Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of an Illegal Alien for Profit, a Class D Felony offense.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant is a permanent resident of Louisiana with family ties and has stable employment.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Tony Lee Page, be transferred with the records of this Court to the United States District Court for the Western District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____6/9/2025_____
Date

_____/s/ Dominic W. Lanza_____
Dominic W. Lanza
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____7/25/2025_____
Effective Date

_____/s/_____
United States District Judge